CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUL - 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN RANDALL FRIZZELLE, <br> Plaintiff, | Civil Action No. 7:08cv00385 |
| v. | **FINAL ORDER** |
| U.S. MARSHALS, <u>et al.</u>, <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(g); plaintiff's request to proceed <u>in forma pauperis</u> is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge